UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAUREN E. KOLAR,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>      Defendants. | Case No. 8:18-cv-01409 JLS-JDE<br><br>**JUDGMENT**<br><br>The Honorable Josephine L. Staton<br>United States District Judge |

On March 30, 2020, the Court granted Defendant's motion for summary judgment as to all claims. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall take nothing.
2. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.
3. Judgment is entered in favor of Defendant.
4. Defendant, the United States of America, shall recover costs from the Plaintiff, Lauren E. Kolar.

**IT IS SO ORDERED.**

Dated: April 03, 2020

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE